LODGED

NOV - 7 2007

PATRICK E. DUFFY, CLERK
BY _____
Deputy Clerk

FILED
BILLINGS DIV.

2007 NOV  8  AM 11 29

PATRICK E. DUFFY, CLERK

BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TODD MICHAEL THILMONY,<br><br>Defendant. | CR 07-144-BLG-JDS<br><br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the Indictment filed on October 19, 2007, against defendant TODD MICHAEL THILMONY be dismissed with prejudice and the warrant of arrest issued November 6, 2007 be quashed.

DATED this _8th_ day of November, 2007.

_Jack D. Shanstrom_
_____
Jack D. Shanstrom
Senior United States District Court Judge

1